IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RUSSELL T. NEAL,
Inmate No. 213156,
    Plaintiff,

vs.                                           Case No. 3:14cv50/LAC/EMT

JAMES SHEPPARD,
ANWAR A. CHOWDHURY,
SHARION HOGAN, and
JOHN LOVELACE,
    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated May 5, 2015 (doc. 19). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

    Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Plaintiff's motion to voluntarily dismiss without prejudice (doc. 18) is **GRANTED** and this case be **DISMISSED**.

    **DONE AND ORDERED** this 8th day of June, 2015.

                                            s/*L.A. Collier*
                                            **LACEY A. COLLIER**
                                            **SENIOR UNITED STATES DISTRICT JUDGE**